UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORDER ESTABLISHING TRIAL DOCKET FOR THE MONTHS OF MAY AND JUNE, 2011, BEFORE THE HONORABLE PATRICK J. DUGGAN*

Listed below are the cases on this Court's trial docket for the months of May and June, 2011. Counsel will be notified when their case reaches No. 5. After such notice, counsel should be prepared to begin trial any time on **48 hours notice**. It is counsel's responsibility in all cases after they have been so notified to contact my clerk, Marilyn Orem, at 234-5147, to ascertain the status of the trial docket. Unless otherwise notified, this Court commences trial at 8:45 a.m. PLEASE BE PROMPT!

1. 10-10079  FIELDS V. RAINBOW REHABILITATION CENTERS, ET.AL
2. 09-12543 KEVELIGHAN, ET.AL V. TROTT & TROTT, ET.AL
3. 10-11037  DOWNING V. LIFE TIME FITNESS
4. 10-11776  TAMPONE, ET.AL V. RICHMOND, ET.AL
5. 09-14162 VEOLIA TRANSPORTATION SERVICES V. ENJOI TRANSPORTATION
6. 10-13296 LORILLARD TOBACCO V. AMANO OIL
7. 10-12370 HAHN V. BEST RECOVERY SERVICES, ET.AL
8. 10-10322 NORDMAN V. STATE FARM MUTUAL AUTOMOBILE INSURANCE
9. 10-13095 DELUCA V. ALLSTATE INSURANCE CO.
10. 10-13707 KEELY V. FIRE INSURANCE EXCHANGE
11. 10-13470 SMITH V. CO/OP OPTICAL SERVICES

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated:  March 29, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 29, 2011, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager

**\*PLEASE TAKE NOTICE THAT TRIAL WILL NOT BEGIN BEFORE THE FINAL PRETRIAL CONFERENCE DATE.**

**IF THERE IS A MOTION FOR SUMMARY JUDGMENT PENDING, FINAL PRETRIAL CONFERENCE WILL BE RESCHEDULED APPROXIMATELY 7 DAYS AFTER ANY DECISION ON SUCH MOTION.**